UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEIJING QING YANG HU DONG TECHNOLOGY CO., LTD. (北京清扬互动科技有限公司), <br><br>    Plaintiff, <br><br>    v. <br><br> XI'AN CHUANGTIAN NETWORK TECHNOLOGY CO., LTD. (西安创天网络科技有限责任公司), <br>    Defendant. | No. 2:26-cv-00056-RSM <br><br> **ORDER STAYING DEADLINES PENDING HAGUE SERVICE** |

Having considered Plaintiff's Motion, Dkt. #6, the record, and being fully advised, the Court ORDERS:

1.  The deadlines set forth in Dkt. 5 for the FRCP 26(f) conference, FRCP 26(a)(1) initial disclosures, and the combined Joint Status Report and Discovery Plan are STAYED pending completion of service on Defendant through the Hague Service Convention.

2.  Plaintiff shall file a status report within 90 days of submission of the Hague service packet to the PRC Central Authority, and every 120 days thereafter until service is completed.

ORDER - 1

3. Within 14 days after Plaintiff files proof of service (including a Hague certificate of service) on the docket, the parties shall confer and file a joint proposal for revised Rule 26(f), initial disclosure, and JSR deadlines. If Defendant has not appeared, Plaintiff shall file a unilateral proposal.

DATED this 3rd day of April, 2026.

Ricardo S. Martinez
United States District Judge

ORDER - 2